

**United States District Court**
**Eastern District of California**

FILED
OCT 29 2024
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ FMN
DEPUTY CLERK

Foster Poultry Farms, LLC

Plaintiff(s)

V.

Pet Treat Holdings d/b/a Phelps Indus., LLC

Defendant(s)

Case Number: 1:24-cv-01154-JLT-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Carmine R. Zarlenga hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Foster Poultry Farms, LLC

On 02/11/1985 (date), I was admitted to practice and presently in good standing in the District of Columbia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
n/a

Date: 10/28/2024     Signature of Applicant: /s/ Carmine R. Zarlenga

**Pro Hac Vice Attorney**

Applicant's Name: Carmine R. Zarlenga

Law Firm Name: Mayer Brown LLP

Address: 1999 K Street NW

City: Washington  State: DC  Zip: 20006

Phone Number w/Area Code: (202) 263-3327

City and State of Residence: Arlington, VA

Primary E-mail Address: czarlenga@mayerbrown.com

Secondary E-mail Address: n/a

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Sarah E. Balkissoon

Law Firm Name: Mayer Brown LLP

Address: 575 Market Street
#2500

City: San Francisco  State: CA  Zip: 94105

Phone Number w/Area Code: (650) 331-2000  Bar #: 327066

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 10/29/24

_____
JUDGE, U.S. DISTRICT COURT



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Carmine R Zarlenga III

was duly qualified and admitted on February 11, 1985 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 27, 2024.

JULIO A. CASTILLO
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.