**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FOSTER POULTRY FARMS, LLC a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PET TREAT HOLDINGS, DBA PHELPS INDUSTRIES, LLC, a Massachusetts limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:24-cv-01154-JLT-EPG<br><br>**ORDER GRANTING STIPULATION TO CONTINUE FOSTER POULTRY FARMS, LLC'S RESPONSIVE PLEADING DEADLINE PENDING POTENTIAL MOTION TO REMAND**<br><br>(ECF No. 16) |
| PET TREAT HOLDINGS, DBA PHELPS INDUSTRIES, LLC, a Massachusetts limited liability company,<br><br>Counterclaimant,<br><br>vs.<br><br>FOSTER POULTRY FARMS, LLC, *a California limited liability company*; and DOES 1 through 10, inclusive,<br><br>Counter-Defendants. | |

Having reviewed and considered the Parties' Stipulation (ECF No. 16), and good cause appearing, the Court hereby orders that the Stipulation shall be and hereby is GRANTED.

\\\

\\\

1

Plaintiff Foster Poultry Farms, LLC's deadline to respond to Defendant Phelps Industries, LLC's counterclaim is continued to December 18, 2024.[1]

IT IS SO ORDERED.

Dated: **November 20, 2024**                /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The parties previously filed a stipulation to extend the deadline for Defendant to respond to Plaintiff's First Amended Complaint. (ECF No. 15). As the stipulation was made pursuant to Local Rule 144(a), no order regarding the stipulation was issued because Court approval was not required.